Date signed September 13, 2010



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

IN RE:                                          :
                                                :
CLIFTON GREGORY SMITH            :        Case No. 10-21614PM
GERRY DAWN SMITH                    :             Chapter 13
a/k/a GERRY DAWN CRETSINGER   :
                                                :
              Debtors                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

### MEMORANDUM OF DECISION

This case is before the court on the Objection filed by Timothy P. Branigan, Chapter 13 Trustee, to the Debtors' claim of exemption with respect to their interest in real property located at 3155 Stoakely Road, Prince Frederick, Maryland (the "Property"). The facts are not in dispute, although at the hearing the parties strayed widely from the issue presented by the Trustee's Objection.

The Debtors purchased the Property in March, 1993, and have lived in it since that time. On February 22, 2010, the parties were married, and on March 11, 2010, either for estate planning purposes or to frustrate individual creditors, they joined in a Deed converting their ownership of the Property from a tenancy in common to a tenancy by the entireties. As a result of this transfer, their equity in the Property was insulated from the individual creditors of each Debtor, other than those creditors with federal tax claims. *See United States v. Craft*, 535 U.S. 274 (2002) and *Sumy v. Schlossberg*, 777 F.2d 921 (CA4 1985). MD. CODE ANN., REAL PROP. § 4-108(b) allows tenants in common or joint tenants to convey property into a tenancy by the entireties by a joint deed without the use of a strawman or other intermediate grantee. Thus, the

exemption was validly claimed by the Debtors.

The matters raised by the Trustee are in the nature of a fraudulent conveyance claim. These issues cannot be determined in this contested matter and must be raised by way of an adversary proceeding. *See In re Brawders*, 503 F.3d 856, 870 (CA9 2007). Here, the Trustee has had a preview of the defenses to be raised by the Debtors to such an action. The objection will be overruled.

cc:
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
John D. Burns, Esq., 6303 Ivy Lane, Suite 102, Greenbelt, MD 20770
Clifton/Gerry Smith, POB 1581, Prince Frederick, MD 20678

**End of Memorandum**